# 1022

**UNITED STATES of America v. Edward H. MARXEN, Trustee of Monterey Brewing Company.**

No. 8861.

Circuit Court of Appeals, Ninth Circuit.
June 28, 1939.

Ben Harrison, U. S. Atty., and Leo V. Silverstein, Asst. U. S. Atty., both of Los Angeles, Cal.

Clarence Hansen, of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

The mandate of the Supreme Court of the United States, 59 S.Ct. 811, answering question certified by this Court in above cause having been received, ordered said mandate. filed, and that a decree of affirmance be filed and entered accordingly; mandate of this court to issue forthwith.

**UNITED STATES of America v. H. D. ROPER.**

No. 9219.

Circuit Court of Appeals, Ninth Circuit.
June 26, 1939.

Frank J. Hennessy, U. S. Atty., and Ester B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal.

William Bresnahan, of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellant, and good cause therefor appearing, ordered motion granted, and appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court in this cause issued forthwith.

**UNITED STATES of America, Plaintiff-Appellee, v. Louis SAUL, Defendant-Appellant.**

No. 374.

Circuit Court of Appeals, Second Circuit.
June 5, 1939.

Herman L. Falk, of New York City (Herman L. Falk and Theodore E. Glicenstein, both of New York City, of counsel), for appellant.

John T. Cahill, U. S. Atty., of New York City (W. Mahlon Dickerson, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before SWAN, CHASE, and PATTERSON, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**UNITED STATES ex rel. Ivan KATNIC, Relator-Appellant, v. Rudolph REIMER, Director, etc., Respondent-Appellee.**

No. 364.

Circuit Court of Appeals, Second Circuit.
May 26, 1939.

Irving Schwab, of New York City, for appellant.

Noel Hemmendinger, of New York City, for appellee.

Before SWAN, CHASE, and PATTERSON, Circuit Judges.

PER CURIAM.
Order affirmed in open court.